# CIVIL COVER SHEET

FILED: MAY 14, 2008
08CV2798 J.N.
JUDGE ANDERSEN
MAG. JUDGE COLE

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Srpska Tradicija, Ltd.

**DEFENDANTS**
Nostalgija Corporation et al.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patti, Hewitt & Arezina, LLC
One N. LaSalle Street, 44th Floor
Chicago, Illinois 60602     Telephone No. (312) 346-2800

Attorneys (If Known)

## II. BASIS OF JURISDICTION
■ 3  Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
■ 890 Other Statutory Actions

## V. ORIGIN
■ 1  Original Proceeding

## VI. CAUSE OF ACTION
15 U.S.C. § 1125 - Lanham Act Unfair Competition

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: ■ Yes ☐ No

## IX. This case
■ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: _____

SIGNATURE OF ATTORNEY OF RECORD
s/Vladimir I. Arezina