# United States District Court for the Northern District of Illinois

Case Number: 08cv2798     Assigned/Issued By: j. n.

Judge Name: andersen     Designated Magistrate Judge: cole

## FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2777344

Date Payment Rec'd: 5-14-08     Fiscal Clerk: j. n.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
         (Type of Writ)

15  Original and  0  copies on  5-15-08  as to  all defendants
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05