IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  08 cv 2798 |
| | ) | |
| Nostalgija Corporation, | ) | |
| | ) | |
| Dusan Trandafirovic, | ) | |
| | ) | |
| Voislav Trandafirovic, | ) | |
| | ) | Judge   Andersen |
| Mile Miljanovic, | ) | |
| Snezana Miljanovic, individually and | ) | Magistrate Judge Cole |
| d/b/a Nostalgia, | ) | |
| | ) | |
| Rasim Silahic, individually and | ) | |
| d/b/a Bosna Video, | ) | |
| | ) | |
| Nihad Nezic, | ) | |
| Aleksandra Nezic, individually and | ) | |
| d/b/a Lincoln Square Video, | ) | |
| | ) | |
| Goran Gligorevic, | ) | |
| Dragana Gligorevic, individually and | ) | |
| d/b/a Prodavnica Mjesovite Robe, | ) | |
| | ) | |
| Zoran Jancic, individually and | ) | |
| d/b/a Prodavnica Grocery Store, | ) | |
| | ) | |
| Sava Liquor and Deli Incorporated, | ) | |
| | ) | |
| Nikola Rakic, | ) | |
| | ) | |
| V.A.M.D., Inc., individually and | ) | |
| d/b/a Harczak's Sausage | ) | |
| | ) | |
| Vidan Lazic, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      Vladimir I. Arezina, an attorney, certifies that on Monday, May 19, 2008, he caused a copy of the Court's Lanham Act Mediation Package and this Certificate of Service to be delivered via Federal Express to Plaintiff Srpska Tradicija, Ltd.

    Srpska Tradicija, Ltd.
    3615 W. Lawrence Avenue
    Chicago, IL   60625

    /s/ Vladimir I. Arezina
    Vladimir I. Arezina (6276348)
    Patti, Hewitt & Arezina LLC
    One North LaSalle Street, Suite 4400
    Chicago, IL 60602
    Phone: 312-346-2800
    Fax: 312-346-2810