AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

CASE NUMBER:

V.

ASSIGNED JUDGE: 08CV2798
JUDGE ANDERSEN

Nostalgija Corporation, et al.

DESIGNATED MAG. JUDGE COLE
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Snezana Miljanovic
4778 N. Elston Avenue
Chicago, IL 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 15, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 6-4-08 |
| NAME OF SERVER *(PRINT)* PREDRAG PAVLOVICH | TITLE Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4778 N. ELSTON AV. CHICAGO, IL. 60630

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-4-08         *Predrag Pavlovich*
              Date            Signature of Server

641 W. BRIARCLIFF RD.
Address of Server
BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.