AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

V.

Nostalgija Corporation, et al.

CASE NUMBER: 08CV2798

ASSIGNED JUDGE: JUDGE ANDERSEN
MAG. JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Zoran Jancic
3443 N. Main Street
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 15, 2008
Date



*Stewart and Associates, Inc.*

## AFFIDAVIT OF PROCESS SERVER

United States District Court
Northern District of Illinois

Case Number: **08 CV 2798**

**Srpska Tradicija Ltd vs Nostalgija Corporation, et al.**

Person Served: **Zoran Jancic**

Address: **3443 N. Main Street**

City/State/Zip: **Rockford, IL 61103**

I, Rich Myers, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Summons & Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above): _____

_X_ Personal Service: Left copy of the document(s) with above personally.

Date 6/5/08   Time: 1102

Date Of Birth: 12/16/62   Sex: (M) F   Race: W   Height: 5'8"   Weight: 174   Hair: BRW

____ Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

Name: _____   Relation: _____ (live-in)

Date ___/___/___   Time: _____

Date Of Birth: _____ Sex: M F Race: ____ Height: ____ Weight: ____ Hair: ____

Date copy mailed ___/___/___

____ Service on: Corporation____ Company____ Business____ Other____

Left a copy of the document(s) with the following:
Registered Agent____ Officer____ Owner____ Authorized Person____ Cert. Mail____

Name: _____   Title: _____

Date ___/___/___   Time: _____

Date Of Birth: _____ Sex: M F Race: ____ Height: ____ Weight: ____ Hair: ____

Subscribed and sworn before me this 6 day of June, 2008

*Amanda Muller*
Notary Public

Registered Employee
Brian W. Stewart & Associates, Inc.
Fee: $ 40
Our Job #: 66419

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10