AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

V.

Nostalgija Corporation, et al.

CASE NUMBER:

08CV2798

ASSIGNED JUDGE:   JUDGE ANDERSEN

MAG. JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Goran Gligorevic
152 N. Gary Avenue
Carol Stream, IL 60188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 15, 2008

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6-11-08 |
| NAME OF SERVER *(PRINT)*  PREDRAG PAVLOVICH | TITLE | Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  152 N. GARY AV. CAROL STREAM, IL. 60188

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-11-08___　　_Predrag Pavlovich_
　　　　　　　Date　　　　　　　Signature of Server

___641 W. BRIARCLIFF RD.___
Address of Server
BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.