IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 2798 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| Nostalgija Corporation, et al. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Srpska Tradicija, Ltd., by and through its attorneys, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for entry of default judgment against Defendants Rasim Silahic, Nihad Nezic, Aleksandra Nezic, Goran Gligorevic, Dragana Gligorevic, Zoran Jancic, Sava Liquor and Deli Incorporated, Nikola Rakic, V.A.M.D., Inc., and Vidan Lazic, and in support thereof alleges as follows:

1.    The Complaint in this matter was filed on May 14, 2008.

2.    On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Rasim Silahic.  The executed Return of Summons is attached hereto as Exhibit A and has been filed as E-Filing Doc. No. 10.

3.    On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Nihad Nezic.  The executed Return of Summons is attached hereto as Exhibit B and has been filed as E-Filing Doc. No. 14.

4.    On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Aleksandra Nezic.  The executed Return of Summons is attached hereto as Exhibit C and has been filed as E-Filing Doc. No. 13.

5.    On June 11, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Goran Gligorevic.  The executed

Return of Summons is attached hereto as Exhibit D and has been filed as E-Filing Doc. No. 16.

6.     On June 11, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Dragana Gligorevic.  The executed Return of Summons is attached hereto as Exhibit E and has been filed as E-Filing Doc. No. 17.

7.     On June 5, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Zoran Jancic.  The executed Return of Summons is attached hereto as Exhibit F and has been filed as E-Filing Doc. No. 15.

8.     On June 12, 2008, Summons and a true and accurate copy of the Complaint were served on Defendant Sava Liquor and Deli Incorporated, through personal service on its registered agent, Nikola Rakic.  The executed Return of Summons is attached hereto as Exhibit G and has been filed as E-Filing Doc. No. 19.

9.     On June 12, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Nikola Rakic.  The executed Return of Summons is attached hereto as Exhibit H and has been filed as E-Filing Doc. No. 18.

10.    On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally on Defendant V.A.M.D., Inc., through personal service on its registered agent Vidan Lazic.  The executed Return of Summons is attached hereto as Exhibit I and has been filed as E-Filing Doc. No. 8.

11.    On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendant Vidan Lazic.  The executed Return of Summons is attached hereto as Exhibit J and has been filed as E-Filing Doc. No. 9.

12.    More than twenty (20) days has elapsed since each of these Defendants has been served and none of them have either appeared or answered the Complaint in this matter.

13.    Plaintiff further respectfully requests that the Court award and enter a permanent injunction against these defaulting Defendants under Counts I-IV of the Complaint as requested in paragraph 1, 2, 3, and 6 of the Prayer for Relief in the Complaint.

14.     Plaintiff further respectfully requests that the Court set a hearing to determine the amount of damages, costs, and attorney's fees as requested in paragraphs 4, 5, and 7 of the Prayer for Relief in the Complaint.

15.     Each of these Defendants has been notified of this Motion via certified mail, return receipt requested.

WHEREFORE, Plaintiff Srpska Tradicija, Ltd., respectfully requests that this Court find Defendants Rasim Silahic, Nihad Nezic, Aleksandra Nezic, Goran Gligorevic, Dragana Gligorevic, Zoran Jancic, Sava Liquor and Deli Incorporated, Nikola Rakic, V.A.M.D., Inc., and Vidan Lazic in default, and to continue this matter for proof of damages, and for such other, further, and different relief as the court deems proper under the circumstances.

Dated: June 30, 2008                          Respectfully Submitted, on behalf of
                                              Plaintiff Srpska Tradicija, Ltd.


                                              By:   /s/ Vladimir I. Arezina
                                                    Vladimir I. Arezina,
                                                    One of Its Attorneys


Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

## <u>CERTIFICATE OF SERVICE</u>

Vladimir I. Arezina, an attorney, certifies that on Monday, June 30, 2008, he caused the foregoing **Motion for Default Judgment** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by certified U.S. Mail, return receipt requested, postage prepaid:

Rasim Silahic
2501 W. Lawrence Avenue
Chicago, IL  60625

Nihad Nezic
Aleksandra Nezic
4725 N. Lincoln Avenue
Chicago, IL  60626

Goran Gligorevic
Dragana Gligorevic
152 N. Gary Avenue
Carol Stream, IL 60188

Zoran Jancic
3443 N. Main Street
Rockford, IL 61103

Nikola Rakic
Sava Liquor and Deli Incorporated
6246 W.  26th Street
Berwyn, IL  60402

Vidan Lazic
V.A.M.D., Inc.
7035 W. Higgins Road
Chicago, IL 60656

/s/ Vladimir I. Arezina
Vladimir I. Arezina (6276348)
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email:  varezina@phalegal.com

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

CASE NUMBER:
08CV2798

V.

ASSIGNED JUDGE:   JUDGE ANDERSEN
MAG. JUDGE COLE

Nostalgija Corporation, et al.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Rasim Silahic
2501 W. Lawrence Avenue
Chicago, IL  60625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**May 15, 2008**

Date



EXHIBIT
A
tabbies®

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6-4-08 |
| NAME OF SERVER *(PRINT)* | TITLE  Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  2501 W LAWRENCE CHICAGO, IL. 60625

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-08
          Date

Signature of Server  *Predrag Pavlovich*

641 W BRIARCLIFF BOLINGBROOK, IL. 60440
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

V.

Nostalgija Corporation, et al.

CASE NUMBER:    08CV2798

ASSIGNED JUDGE:    JUDGE ANDERSEN
            MAG. JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Nihad Nezic
4725 N. Lincoln Avenue
Chicago, IL  60626

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) **DEPUTY CLERK**

**May 15, 2008**

Date



AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-4-08 | |
| NAME OF SERVER (PRINT)  PREDRAG  PAVLOVICH | TITLE Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 4725 N. LINCOLN AV. CHICAGO, IL. 60626

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-08
_____
Date

_____
Signature of Server

641 W. BRIARCLIFF RD.
_____
Address of Server

BOLING BROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

V.

Nostalgija Corporation, et al.

CASE NUMBER:    08CV2798

ASSIGNED JUDGE:    JUDGE ANDERSEN
MAG. JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Aleksandra Nezic
4725 N. Lincoln Avenue
Chicago, IL 60626

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**May 15, 2008**

Date



EXHIBIT
C

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6-4-08 |
| NAME OF SERVER (PRINT)  PREDRAG PAVLOVICH | TITLE  Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:  4725 N. LINCOLN AV. CHICAGO, IL. 60626

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-08
_____
Date

_Predrag Pavlovich_
Signature of Server

641 W. BRIARCLIFF RD.
Address of Server
BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev  05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

V.

Nostalgija Corporation, et al.

CASE NUMBER:     08CV2798

ASSIGNED JUDGE:     JUDGE ANDERSEN

                MAG. JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Goran Gligorevic
152 N. Gary Avenue
Carol Stream, IL 60188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**May 15, 2008**

Date





EXHIBIT

D

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-11-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| PREDRAG PAVLOVICH | Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:    152 N. GARY AV.

CAROL STREAM, IL. 60188

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-11-08            Predrag Pavlovich
                Date              Signature of Server

641 W. BRIARCLIFF RD.
Address of Server
BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

CASE NUMBER:

V.

ASSIGNED JUDGE:  08CV2798

Nostalgija Corporation, et al.

DESIGNATED           JUDGE ANDERSEN
MAGISTRATE JUDGE: MAG. JUDGE COLE

TO: (Name and address of Defendant)

Dragana Gligorevic
152 N. Gary Avenue
Carol Stream, IL 60188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**May 15, 2008**
Date


EXHIBIT
E

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-11-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PREDRAG PAVLOVICH | Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 152 N. GARY AV.

CAROL STREAM, IL.

60188

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-11-08___     ___Predrag Pavlovich___
              Date                Signature of Server

641 W. BRIARCLIFF RD.
Address of Server
BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

|  |  |
|---|---|
| | CASE NUMBER: 08CV2798 |
| V. | ASSIGNED JUDGE: JUDGE ANDERSEN |
| | MAG. JUDGE COLE |
| Nostalgija Corporation, et al. | DESIGNATED |
| | MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

Zoran Jancic
3443 N. Main Street
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_(By) DEPUTY CLERK_

**May 15, 2008**

Date



*Stewart and Associates, Inc.*

**AFFIDAVIT OF PROCESS SERVER**

United States District Court
Northern District of Illinois

Case Number: **08 CV 2798**

**Srpska Tradicija Ltd vs Nostalgija Corporation, et al.**

Person Served: **Zoran Jancic**

Address: **3443 N. Main Street**

City/State/Zip: **Rockford, IL 61103**

I, Rich Myers, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s)entitled: **Summons & Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above): _____

_X_ Personal Service: Left copy of the document(s) with above personally.

Date _6 / 5 /08_    Time: _1102_

Date Of Birth: _12/16/62_  Sex: (M) F  Race: _W_  Height: _58"_  Weight: _174_  Hair: _BRN_

_____ Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

Name: _____  Relation: _____ (live-in)

Date _____/_____/_____   Time: _____

Date Of Birth: _____  Sex: M F  Race: _____  Height: _____  Weight: _____  Hair: _____

Date copy mailed _____/_____/_____

_____ Service on:    Corporation_____    Company_____    Business_____    Other_____

Left a copy of the document(s) with the following:
Registered Agent_____    Officer_____    Owner_____    Authorized Person_____    Cert. Mail_____

Name: _____   Title: _____

Date _____/_____/_____   Time: _____

Date Of Birth: _____  Sex: M F  Race: _____  Height: _____  Weight: _____  Hair: _____

Subscribed and sworn before me
this _6_ day of _June_, 20_07_

_Amanda Miller_
*Notary Public*

_ABM_
*Registered Employee*
Brian W. Stewart & Associates, Inc.
Fee: $ _40_
Our Job #:  66419

OFFICIAL SEAL
AMANDA MILLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/10/10

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

CASE NUMBER:

V.

Nostalgija Corporation, et al.

ASSIGNED JUDGE:      08CV2798

DESIGNATED
MAGISTRATE JUDGE:

JUDGE ANDERSEN
MAG. JUDGE COLE

TO: (Name and address of Defendant)

Sava Liquor and Deli Incorporated
Registered Agent: Nikola Rakic
6246 W. 26th Street
Berwyn, IL  60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

**May 15, 2008**

Date

EXHIBIT
G

AO 440  (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6-12-08 |
|---|---|
| NAME OF SERVER *(PRINT)*  PREDRAG PAVLOVICH | TITLE  Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:  6246 W 26 th ST BERWYN, IL. 60402

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-12-08
         Date

_____
         Signature of Server

         641 W. BRIARCLIFF BOLINGBROOK
_____      IL. 60440
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Srpska Tradicija, Ltd.

CASE NUMBER:

V.

ASSIGNED JUDGE:    08CV2798
                   JUDGE ANDERSEN

Nostalgija Corporation, et al.

DESIGNATED        MAG. JUDGE COLE
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Nikola Rakic
6246 W. 26th Street
Berwyn, IL 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 15, 2008
Date





EXHIBIT

H

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-12-08 |
| NAME OF SERVER *(PRINT)* PREDRAG PAVLOVICH | TITLE Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 6246 W 26TH ST. BERWYN, IL. 60402

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-12-08___        _Predrag Pavlovic_
              Date                        Signature of Server

641 W. BRIARCLIFF, BOLINGBROOK, IL. 60440
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

CASE NUMBER:

V.

ASSIGNED JUDGE:        08CV2798
                       JUDGE ANDERSEN

Nostalgija Corporation, et al.

DESIGNATED          MAG. JUDGE COLE
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

V.A.M.D., Inc.
Registered Agent:  Vidan Lazic
7035 W. Higgins Road
Chicago, IL 60656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

May 15, 2008
Date


EXHIBIT
I

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6-4-08 |

| NAME OF SERVER (PRINT)  PREDRAG PAVLOVICH | TITLE  Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: ___7035 W. HIGGINS RD.___ ___CHICAGO, IL. 60656___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-4-08                   Predrag Pavlovic
           Date              Signature of Server

           641  W. BRIARCLIFF RD
           Address of Server    BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Srpska Tradicija, Ltd.

V.

Nostalgija Corporation, et al.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

08CV2798

JUDGE ANDERSEN

MAG. JUDGE COLE

TO: (Name and address of Defendant)

Vidan Lazic
7035 W. Higgins Road
Chicago, IL 60656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 15, 2008

Date



EXHIBIT
J

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-4-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PREDRAG PAVLOVICH | Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 7035 W. HIGGINS RD
CHICAGO, IL. 60656

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-4-08          *Predrag Pavlovic*
_____             _____
Date                  Signature of Server

641 W. BRIARCLIFF RD.
_____
Address of Server
BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.