IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Srpska Tradicija, Ltd. )<br>)<br>Plaintiff ) <br>)<br>v. )<br>)<br>Nostalgija Corporation, et al. )<br>)<br>)<br>Defendants. ) | Civil Action No.  08 C 2798<br><br>U.S. District Judge Andersen<br><br>Magistrate Judge Cole |

### NOTICE OF MOTION

To:  Rasim Silahic                Nihad Nezic                    Goran Gligorevic
     2501 W. Lawrence Ave.        Aleksandra Nezic               Dragana Gligorevic
     Chicago, IL 60625            4725 N. Lincoln Ave.           152 N. Gary Ave.
                                  Chicago, IL  60626             Carol Stream, IL 60188

     Zoran Jancic                 Nikola Rakic                   Vidan Lazic
     3443 N. Main St.             Sava Liquor & Deli, Inc.       V.A.M.D., Inc.
     Rockford, IL  61103          6246 W. 26th Street            7035 W. Higgins Road
                                  Berwyn, IL  60402              Chicago, IL  60656

PLEASE TAKE NOTICE that on Thursday, July 10, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Andersen, or any Judge sitting in his stead, in Courtroom 1403, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, copies of which are attached hereto and served upon you herewith.


Dated: June 30, 2008                 Respectfully Submitted, on behalf of
                                     Plaintiff Srpska Tradicija, Ltd.


                                     By:  /s/ Vladimir I. Arezina
                                            Vladimir I. Arezina,
                                            One of Its Attorneys

Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

1

## CERTIFICATE OF SERVICE

  Vladimir I. Arezina, an attorney, certifies that on Monday, June 30, 2008, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by certified U.S. Mail, return receipt requested, postage prepaid:

Rasim Silahic
2501 W. Lawrence Avenue
Chicago, IL  60625

Nihad Nezic
Aleksandra Nezic
4725 N. Lincoln Avenue
Chicago, IL  60626

Goran Gligorevic
Dragana Gligorevic
152 N. Gary Avenue
Carol Stream, IL 60188

Zoran Jancic
3443 N. Main Street
Rockford, IL 61103

Nikola Rakic
Sava Liquor and Deli Incorporated
6246 W.  26th Street
Berwyn, IL  60402

Vidan Lazic
V.A.M.D., Inc.
7035 W. Higgins Road
Chicago, IL 60656

              /s/ Vladimir I. Arezina
              Vladimir I. Arezina (6276348)
              Patti, Hewitt & Arezina LLC
              One North LaSalle Street, Suite 4400
              Chicago, IL 60602
              Phone: 312-346-2800
              Fax: 312-346-2810
              Email:  varezina@phalegal.com