**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 2798

Srpska Tradicija, Ltd.,

v.

Nostalgija Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

V.A.M.D., Inc. d/b/a Harczak's Sausage
and
Vidan Lazic

| | |
|---|---|
| NAME (Type or print) Christian A. Sullivan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Christian A. Sullivan | |
| FIRM Swanson, Martin & Bell, LLP | |
| STREET ADDRESS 2525 Cabot Drive, Suite 204 | |
| CITY/STATE/ZIP Lisle, Illinois 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278557 | TELEPHONE NUMBER 630-799-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |