UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Srpska Tradicija, Ltd.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−02798
                                                Honorable Wayne R. Andersen

Nostalgija Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

     MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion for default judgment [20] is granted. Draft order to follow. Chris Sullivan is given leave to file his appearance on behalf of defendants V.A.M.D., Inc. and Vidan Lazic. Motion hearing held on 7/10/2008 regarding motion for default judgment [20]. Defendant to answer or otherwise plead by 8/15/2008. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.