UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Srpska Tradicija, Ltd.
                        Plaintiff,

v.                                               Case No.: 1:08−cv−02798
                                               Honorable Wayne R. Andersen

Nostalgija Corporation, et al.
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                            /s/ Wayne R. Andersen

                                                        United States District Judge