IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 2798 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| Nostalgija Corporation, et al. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff Srpska Tradicija, Ltd., by and through its attorneys, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for entry of default judgment against Defendants Mile Miljanovic, Snezana Miljanovic and Nostalgija Corporation and in support thereof alleges as follows:

1.  The Complaint in this matter was filed on May 14, 2008.

2.  On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendants Mile Miljanovic and Snezana Miljanovic, both in their individual capacity, and as officers, directors, employees, and proprietors of Nostalgija Corporation. The executed Returns of Summons are attached hereto as Exhibit A and have been filed as E-Filing Doc. Nos. 11 and 12.

3.  More than twenty (20) days has elapsed since each of these Defendants has been served and none of them have either appeared or answered the Complaint in this matter.

4.  Plaintiff further respectfully requests that the Court award and enter a permanent injunction against these defaulting Defendants under Counts I-IV of the Complaint as requested in paragraph 1, 2, 3, and 6 of the Prayer for Relief in the Complaint.

5.      Plaintiff further respectfully requests that the Court set a hearing to determine the amount of damages, costs, and attorney's fees as requested in paragraphs 4, 5, and 7 of the Prayer for Relief in the Complaint.

6.      Each of these Defendants has been notified of this Motion via certified mail, return receipt requested.

WHEREFORE, Plaintiff Srpska Tradicija, Ltd., respectfully requests that this Court find Defendants Mile Miljanovic, Snezana Miljanovic and Nostalgija Corporation in default, and to continue this matter for proof of damages, and for such other, further, and different relief as the court deems proper under the circumstances.

Dated: July 15, 2008                                Respectfully Submitted, on behalf of
                                                                  Plaintiff Srpska Tradicija, Ltd.


                                                                  By:   /s/ Vladimir I. Arezina
                                                                          Vladimir I. Arezina,
                                                                          One of Its Attorneys


Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

## **CERTIFICATE OF SERVICE**

Vladimir I. Arezina, an attorney, certifies that on Tuesday, July 15, 2008, he caused the foregoing **Motion for Default Judgment** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by certified U.S. Mail, return receipt requested, postage prepaid:

Mile Miljanovic
Snezana Miljanovic
Nostalgija Corporation
4778 N. Elston Avenue
Chicago, Illinois  60630


Christian A. Sullivan, Esq.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

/s/ Vladimir I. Arezina
Vladimir I. Arezina (6276348)
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email:  varezina@phalegal.com

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

v.

Nostalgija Corporation, et al.

CASE NUMBER: 08CV2798

ASSIGNED JUDGE: JUDGE ANDERSEN
MAG. JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mile Miljanovic
4778 N. Elston Avenue
Chicago, IL 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 15, 2008
Date


EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  6-4-08 |
| NAME OF SERVER (PRINT)  PREDRAG PAVLOVICH | TITLE  Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4778 N. ELSTON AV. CHICAGO, IL. 60630

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-08
             Date

Signature of Server: *Predrag Pavlovich*

Address of Server: 641 W. BRIARCLIFF RD. BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Srpska Tradicija, Ltd.

CASE NUMBER:

V.

ASSIGNED JUDGE: 08CV2798
JUDGE ANDERSEN

Nostalgija Corporation, et al.

DESIGNATED         MAG. JUDGE COLE
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Snezana Miljanovic
4778 N. Elston Avenue
Chicago, IL  60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK

May 15, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-4-08 |
| NAME OF SERVER (PRINT) PREDRAG PAVLOVICH | TITLE Srpska Tradicija, Ltd. vs. Nostalgija Corp., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4778 N. ELSTON AV. CHICAGO, IL. 60630

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-4-08
Date

Signature of Server: *Predrag Pavlovich*

Address of Server: 641 W. BRIARCLIFF RD, BOLINGBROOK, IL. 60440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.