IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd. | ) | |
| | ) | |
|     Plaintiff | ) | Civil Action No.  08 C 2798 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Andersen |
| Nostalgija Corporation, et al. | ) | |
| | ) | Magistrate Judge Cole |
| | ) | |
|     Defendants. | ) | |

### NOTICE OF MOTION

To:    Mile Miljanovic                       Christian A. Sullivan, Esq.
        Snezana Miljanovic              Swanson, Martin & Bell, LLP
        Nostalgija Corporation          2525 Cabot Drive, Suite 204
        4778 N. Elston Avenue          Lisle, IL  60532
        Chicago, IL 60630

      PLEASE TAKE NOTICE that on Wednesday, July 23, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Andersen, or any Judge sitting in his stead, in Courtroom 1403, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, copies of which are attached hereto and served upon you herewith.


Dated: July 15, 2008                    Respectfully Submitted, on behalf of
                                                Plaintiff Srpska Tradicija, Ltd.


                                                By:   /s/ Vladimir I. Arezina
                                                      Vladimir I. Arezina,
                                                        One of Its Attorneys

<u>Plaintiff's Attorneys:</u>
Vladimir I. Arezina
Carmen B. Patti
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

1

## **CERTIFICATE OF SERVICE**

      Vladimir I. Arezina, an attorney, certifies that on Tuesday, July 15, 2008, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by certified U.S. Mail, return receipt requested, postage prepaid:

Mile Miljanovic
Snezana Miljanovic
Nostalgija Corporation
4778 N. Elston Avenue
Chicago, IL  60630

Christian A. Sullivan, Esq.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

                                        /s/ Vladimir I. Arezina
                                        Vladimir I. Arezina (6276348)
                                        Patti, Hewitt & Arezina LLC
                                        One North LaSalle Street, Suite 4400
                                        Chicago, IL 60602
                                        Phone: 312-346-2800
                                        Fax: 312-346-2810
                                        Email:  varezina@phalegal.com