Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 2798 | DATE | 7/25/2008 |
| CASE TITLE | Srpska Tradicija, Ltd vs. Nostalgija Corporation et al | | |

**DOCKET ENTRY TEXT**

Enter order. It is order that default judgment is entered as to defendant Nihad Nezic, Aleksandra Nezic, Nikola Rakic and Sava Liquor & Deli, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 30 AM 8:36
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA