IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd., | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 2798 |
| v. | ) | Judge Wayne R. Andersen |
| Nostalgija Corporation, et al. | ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

### ORDER

THIS CAUSE COMING BEFORE THE COURT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, and it appearing to the Court that this Motion is proper,

It is ordered that Default Judgment is entered as to Defendants Nihad Nezic, Aleksandra Nezic, Nikola Rakic and Sava Liquor & Deli, Inc.

And this matter is continued for Proof of Damages as to such Defendants.

_July 25, 2008_
Date

_[signature]_
Judge