IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  08 cv 2798 |
| | ) | |
| Nostalgija Corporation, | ) | |
| | ) | |
| Dusan Trandafirovic, | ) | |
| | ) | |
| Voislav Trandafirovic, | ) | |
| | ) | Judge   Andersen |
| Mile Miljanovic, | ) | |
| Snezana Miljanovic, individually and | ) | Magistrate Judge Cole |
| d/b/a Nostalgia, | ) | |
| | ) | |
| Rasim Silahic, individually and | ) | |
| d/b/a Bosna Video, | ) | |
| | ) | |
| Nihad Nezic, | ) | |
| Aleksandra Nezic, individually and | ) | |
| d/b/a Lincoln Square Video, | ) | |
| | ) | |
| Goran Gligorevic, | ) | |
| Dragana Gligorevic, individually and | ) | |
| d/b/a Prodavnica Mjesovite Robe, | ) | |
| | ) | |
| Zoran Jancic, individually and | ) | |
| d/b/a Prodavnica Grocery Store, | ) | |
| | ) | |
| Sava Liquor and Deli Incorporated, | ) | |
| | ) | |
| Nikola Rakic, | ) | |
| | ) | |
| V.A.M.D., Inc., individually and | ) | |
| d/b/a Harczak's Sausage | ) | |
| | ) | |
| Vidan Lazic, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

     Vladimir I. Arezina, an attorney, certifies that on Friday, August 8, 2008, he caused a copy of the Court's Lanham Act Mediation Package and this Certificate of Service to be delivered via First Class U.S. Mail to Christian A. Sullivan, Esq. at Swanson, Martin & Bell, LLP on behalf of Defendants V.A.M.D., Inc. d/b/a Harczak's Sausage and Vidan Lazic.

    Christian A. Sullivan, Esq.
    Swanson, Martin & Bell, LLP
    2525 Cabot Drive, Suite 204
    Lisle, Illinois  60532

    /s/ Vladimir I. Arezina
    Vladimir I. Arezina (6276348)
    Patti, Hewitt & Arezina LLC
    One North LaSalle Street
    Suite 4400
    Chicago, IL 60602
    Phone: 312-346-2800
    Fax: 312-346-2810
    varezina@phalegal.com