IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija. Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | No.    08 CV 2798 |
| | ) | |
| v. | ) | Judge Anderson |
| Nostalgija Corporation, et al., | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |
| | ) | |

**PROOF OF SERVICE**

    I, Christian A. Sullivan, being first duly sworn on oath, depose and state that I served by mailing a copy of the Lanham Act Mediation package, received from plaintiff's counsel, upon my clients, V.A.M.D., Inc. d/b/a Harczak's Sausage and Vidan Lazic, at the following address, pursuant to Local Rule 16.3:

7035 West Higgins Road
Chicago, Illinois  60656

by depositing a copy of the same in the United States Mail properly addressed to said offices with the proper postage affixed thereto at 2525 Cabot Drive, Lisle, Illinois, on the 26th day of August, 2008.

    [X]    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.


                                        /s/  Christian A. Sullivan