IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 2798 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| Nostalgija Corporation, et al. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Srpska Tradicija, Ltd., by and through its attorneys, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for entry of default judgment against Defendants Rasim Silahic, Nostalgia Corporation, Mile Miljanovic and Snezana Miljanovic, and in support thereof alleges as follows:

1.    The Complaint in this matter was filed on May 14, 2008.

2.    On June 4, 2008, Summons and a true and accurate copy of the Complaint were personally served on Defendants Rasim Silahic, Nostalgia Corporation, Mile Miljanovic and Snezana Miljanovic.  The executed Returns of Summons have been filed as E-Filing Doc. No. 10-12.

3.    On June 30, a previous Motion for Default Judgment was filed against Defendant Rasim Silahic due to his failure to appear and answer the Complaint.  (See E-Filing Do. No. 20)

4.    At the hearing such Motion on July 10, 2008, Defendant Silahic appeared and was given until August 15, 2008 to answer or otherwise plead.  (See Minute Order E-Filing Doc. No. 23).

5.    Defendant Rasim Silahic has failed to appear and answer the Complaint, and as such is in default.

6.      On July 15, 2008, a Motion for Default Judgment was filed against Defendants Nostalgia Corporation, Mile Miljanovic and Snezana Miljanovic.  (See E-Filing Doc. No. 25).

7.      On the hearing of such Motion on July 23, 2008, Defendants Nostalgia Corporation, Mile Miljanovic and Snezana Miljanovic appeared with counsel Andrew Spiegel, who requested leave to appear on their behalf.  Leave was granted and Mr. Spiegel was given until August 15, 2008 in which to file his Answer or otherwise plead. (See Minute Order, E-Filing Doc. No. 27).

8.      On Monday, August 18, 2008, counsel for Plaintiff contacted Mr. Spiegel who indicated that he had inadvertently forgotten about the deadline.  Plaintiff's counsel granted Mr. Spiegel a courtesy until Friday, August 22, 2008 in which to file such Answer or otherwise plead.

9.      Despite such courtesy, Mr. Spiegel, and Defendants Nostalgia Corporation, Mile Miljanovic and Snezana Miljanovic have to-date still not filed an Answer or other pleading responsive to the Complaint, nor have they contacted Plaintiff. As such, they are in default.

10.      Plaintiff further respectfully requests that the Court award and enter a permanent injunction against these defaulting Defendants under Counts I-IV of the Complaint as requested in paragraph 1, 2, 3, and 6 of the Prayer for Relief in the Complaint.

11.      Plaintiff further respectfully requests that the Court set a hearing to determine the amount of damages, costs, and attorney's fees as requested in paragraphs 4, 5, and 7 of the Prayer for Relief in the Complaint.

WHEREFORE, Plaintiff Srpska Tradicija, Ltd., respectfully requests that this Court find Defendants Rasim Silahic, Nostalgia Corporation, Mile Miljanovic, and Snezana Miljanovic in default, and to continue this matter for proof of damages, and for such other, further, and different relief as the court deems proper under the circumstances.

Dated: August 29, 2008                Respectfully Submitted, on behalf of
                                      Plaintiff Srpska Tradicija, Ltd.


                                      By:  /s/ Vladimir I. Arezina
                                            Vladimir I. Arezina,
                                            One of Its Attorneys


Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

<u>**CERTIFICATE OF SERVICE**</u>

Vladimir I. Arezina, an attorney, certifies that on August 29, 2008, he caused the foregoing **Motion for Default Judgment** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

Rasim Silahic
2501 W. Lawrence Avenue
Chicago, IL  60625

Andrew Spiegel, Esq.
The Chawla Group, Ltd.
15 Spinning Wheel Rd., #126
Hinsdale, Illinois  60521
        Counsel for Defendants Nostalgia Corporation,
        Mile Miljanovic and Snezana Miljanovic

/s/ Vladimir I. Arezina
Vladimir I. Arezina (6276348)
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email:  varezina@phalegal.com