IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Srpska Tradicija, Ltd. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.  08 C 2798 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Andersen |
| Nostalgija Corporation, et al. | ) | |
| | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Rasim Silahic            Andrew Spiegel, Esq.
     2501 W. Lawrence Ave.    The Chawla Group, Ltd.
     Chicago, IL 60625        15 Spinning Wheel Rd., #126
                              Hinsdale, IL  60521


   PLEASE TAKE NOTICE that on Thursday, September 11, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Andersen, or any Judge sitting in his stead, in Courtroom 1403, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, copies of which are attached hereto and served upon you herewith.


Dated: August 29, 2008            Respectfully Submitted, on behalf of
                                  Plaintiff Srpska Tradicija, Ltd.


                                  By:   /s/ Vladimir I. Arezina
                                        Vladimir I. Arezina,
                                        One of Its Attorneys

Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

1

## **CERTIFICATE OF SERVICE**

      Vladimir I. Arezina, an attorney, certifies that on Friday, August 29, 2008, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

Rasim Silahic
2501 W. Lawrence Avenue
Chicago, IL  60625


Andrew Spiegel, Esq.
The Chawla Group, Ltd.
15 Spinning Wheel Rd., #126
Hinsdale, IL  60521

      /s/ Vladimir I. Arezina
      Vladimir I. Arezina (6276348)
      Patti, Hewitt & Arezina LLC
      One North LaSalle Street, Suite 4400
      Chicago, IL 60602
      Phone: 312-346-2800
      Fax: 312-346-2810
      Email:  varezina@phalegal.com